**Wm. E. Salomon & Company, appellant, v. Globe Indemnity Company, appellee. Gen. No. 40,089.**

Opinion filed February 14, 1939.

John A. Bloomingston, for appellant. Cassels, Potter & Bentley, for appellee; Ralph F. Potter, Leslie H. Vogel and Horace G. Marshall, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**Adelaide M. Thomason, appellee, v. Chicago Motor Coach Company, appellant. Gen. No. 40,141.**

Opinion filed February 14, 1939. Rehearing denied February 27, 1939.

Walter N. Murray and Chester D. Kern, for appellant. Young, Pares & Peterson, for appellee; Thomas J. Young, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**United States Casualty Company, appellant, v. Pearl Sabich et al., defendants below. Wentworth Building & Loan Association et al., appellees. Gen. No. 40,163.**

Opinion filed February 14, 1939.

Dent, Weichelt & Hampton, for appellant. B. M. Steiner, for appellees.

Mr. Justice Friend delivered the opinion of the court.